UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

        - against-

DEYLIN MARTINEZ-GUERRERO,

        Defendant.
-------------------------------------------------x

**SCHEDULING ORDER**

24 Cr. 154-6 (ER)

Ramos, D.J.:

    A change of plea hearing as to defendant Deylin Martinez-Guerrero will be held on December 20, 2024, at 11:30 a.m. in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

    SO ORDERED.

Dated:  New York, New York
         November 26, 2024

                                          Edgardo Ramos, U.S.D.J.