UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA

    - v. -

DEYLIN MARTINEZ-GUERRERO,

    Defendant.

------------------------------------- x

CONSENT ORDER OF RESTITUTION

24 Cr. 154-6 (ER)

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Assistant United States Attorneys Joseph H. Rosenberg and Adam Z. Margulies, of counsel; the presentence report; the Defendant's conviction on Count One of the above-referenced Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

DEYLIN MARTINEZ-GUERRERO, the Defendant, shall pay restitution in the total amount of at least $177,949.55, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, to the victims of the offense charged in Count One of the Indictment. The name, address, and specific amount owed to each victim is set forth in the sealed Schedule of Victims attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

    A. **Joint and Several Liability**

Restitution is joint and several, at least in part, with co-defendants Jose Cesari, a/k/a "Cry," Miguel Cintron, Luis Izquierdo, a/k/a "Luis Zapata," Wakiem Johnson, a/k/a "Waka," Kemar Bonitto, Antonio Gonzalez, and Justin Bruno, indicted under *United States v. Cesari, et al.*, 24 Cr.

154 (ER) (the "Co-defendants"), to the extent restitution is entered against the Co-defendants in this case. The Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim in Schedule A has recovered the total amount of each loss from the restitution paid by the Defendant and all Co-defendants ordered to pay the same victims.

### B. Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

### 2. Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). While serving the term of imprisonment, the Defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Any unpaid amount remaining upon release from prison will be paid in installments of not less than $____ *OR* at least ____ percent of the

defendant's gross income on the ___ of each month. This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

### 3. Payment Instructions

The Defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write his name and the docket number of this case on each check or money order.

### 4. Change in Circumstances

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

### 5. Term of Liability

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

**6. Sealing**

Consistent with Title 18, United States Code, Sections 3771(a)(8) and 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victims, the Schedule of Victims attached hereto as Schedule A shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as need be to effect and enforce this Order, without further order of this Court.

[Remainder of page intentionally blank]

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     November 21, 2024
    Joseph H. Rosenberg                  DATE
    Adam Z. Margulies
    Assistant United States Attorneys
    (212) 637-2326/-2345

    DEYLIN MARTINEZ GUERRERO

By: _____     12/19/24
    DEYLIN MARTINEZ-GUERRERO             DATE

By: _____     12/19/24
    David Touger, Esq.                   DATE
    Attorney for Defendant
    70 Lafayette Street
    New York, NY 10013
    (212) 608-1234


SO ORDERED:

_____          12/20/2024
HONORABLE EDGARDO RAMOS                  DATE
UNITED STATES DISTRICT JUDGE