UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

–v–

DEYLIN MARTINEZ-GUERRERO,

Defendant.

**ORDER**

24-cr-154-6 (ER)

Ramos, D.J.:

On April 30, 2026, Deylin Martinez-Guerrero filed a motion to vacate pursuant to 28

U.S.C. 2255.  Doc. 280.  Accordingly, the government is directed to respond by May 22, 2026.

Martinez-Guerrero may file a reply by May 29, 2026.

It is SO ORDERED.

Dated:  May 1, 2026
        New York, New York

_____
Edgardo Ramos, U.S.D.J.