UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 24-cr-00154-ER-6 |
| v. | |
| DEYLIN MARTINEZ-GUERRERO, | **ORDER FOR ADMISSION** *PRO HAC VICE* |
| Defendant. | |

The motion of Zhuoqian Li for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of New York; and that her contact information is as follows:

Zhuoqian Li
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001-2170
Tel: (212) 841 1000
Email: jli@cov.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Deylin Martinez-Guerrero in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.


Dated: May 6, 2026

Hon. Edgardo Ramos
United States District Judge