UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

  DEYLIN MARTINEZ-GUERRERO,

                              Defendant.

Case No. 24-cr-00154-ER-6

**ORDER FOR ADMISSION**
*PRO HAC VICE*

The motion of Eva H. Lilienfeld for admission to practice *pro hac vice* in the above-

captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of New

York; and that her contact information is as follows:

> Eva H. Lilienfeld
> COVINGTON & BURLING LLP
> 30 Hudson Yards
> New York, NY 10001-2170
> Tel: (212) 841-1000
> Email: elilienfeld@cov.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel

for Defendant Deylin Martinez-Guerrero in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.


Dated:  May 14, 2026

Hon. Edgardo Ramos
United States District Judge