UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                    Plaintiff,          Case No. 24-cr-00154-ER-6

                  v.

   DEYLIN MARTINEZ-GUERRERO,                            **ORDER FOR ADMISSION**
                                                        *PRO HAC VICE*

                                    Defendant.


The motion of Alessandra Elliott for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of California; and that her contact information is as follows:

> Alessandra Elliott
> COVINGTON & BURLING LLP
> 415 Mission Street, Suite 5400
> San Francisco, CA 94105
> Tel: (415) 591-6000
> Email: aelliotthernandez@cov.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Deylin Martinez-Guerrero in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated: __May 20, 2026__

Hon. Edgardo Ramos
United States District Judge