UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Deylin Martinez-Guerrero,<br><br>*Defendant.* | **24-CR-154 (ER)** |
| Deylin Martinez-Guerrero,<br><br>*Petitioner*<br><br>v.<br><br>United States of America,<br><br>*Respondent.* | **26-CV-3609 (ER)** |

**~~[PROPOSED]~~ Order re: Expedited Schedule for Briefing and Decision on § 2255 Petition**

WHEREAS Deylin Martinez-Guerrero (the "Petitioner") filed a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 on April 30, 2026 (the "§ 2255 Petition"); and

WHEREAS, by Order dated May 5, 2026, the Court directed Petitioner to execute and return an "Attorney-Client Privilege Waiver (Informed Consent)" form and further directed that Petitioner's former counsel, David Touger, Esq., ("Prior Counsel") give sworn testimony in the form of an affidavit within 30 days after the Court's receipt of the executed waiver form, and that the Government respond within 30 days after receipt of Prior Counsel's affidavit; and

WHEREAS on June 4, 2026, Petitioner filed an executed "Attorney-Client Privilege Waiver (Informed Consent)" form and requested that the Court accept the form

without notarization due to the absence of notary services at the facility where he was then incarcerated and the Government consented to that request; and

WHEREAS on July 29, 2026, Petitioner completed serving his criminal sentence and was detained by the U.S. Immigration and Customs Enforcement ("ICE") on the same day; and

WHEREAS Petitioner is presently detained at the Pine Prairie ICE Processing Center and is scheduled to appear in removal proceedings before the Oakdale Immigration Court on September 8, 2026, and the conviction challenged in the pending § 2255 Petition forms the basis of the removal charge; and

WHEREAS the Court finds good cause to expedite the schedule for resolution of the pending § 2255 Petition,

IT IS HEREBY ORDERED that Petitioner's request to accept the executed "Attorney-Client Privilege Waiver (Informed Consent)" form without notarization is GRANTED; and it is further

ORDERED that Prior Counsel shall submit an affidavit addressing the allegations of ineffective assistance of counsel raised in the § 2255 Petition within seven (7) days of this Order; and it is further

ORDERED that the Government shall file its response to the § 2255 Petition within seven (7) days after receipt of Prior Counsel's affidavit.

Dated: New York, New York
August ____12____, 2026

______________________________
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE