**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- -----------------------------------------------------X
UNITED STATES OF AMERICA, :

*Plaintiff*, :

- v. - : Case No. 24 CR-154-6 (ER)

DEYLIN MARTINEZ-GUERRERO, :

*Defendant*. :
- -----------------------------------------------------X

**~~[PROPOSED]~~ ORDER GRANTING LEAVE TO WITHDRAW**

**IT IS HEREBY ORDERED** that Alessandra Elliott is granted leave to withdraw as counsel for Defendant Deylin Martinez-Guerrero. The Clerk of the Court is respectfully directed to remove Ms. Elliott from the docket and from the service list in this action.

Dated: August 24, 2026

HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE