UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Deylin Martinez-Guerrero,<br>Petitioner,<br>*-against-*<br>United States of America,<br>Respondent. | **ORDER** |
| United States of America,<br>*-against-*<br>Deylin Martinez-Guerrero<br>Defendant. | 24-cr-154-6 (ER)<br>26-cv-3609 (ER) |

EDGARDO RAMOS, United States District Judge:

Deylin Martinez-Guerrero moved to vacate his guilty plea and set aside his sentence pursuant to 28 U.S.C. § 2255 on April 30, 2026. Doc. 280; Doc. 285 ¶ 1. Because Martinez-Guerrero filed his motion while he was serving his prison sentence, the Court has jurisdiction to consider the merits of his request.[1] *Scanio v. United States*, 37 F.3d 858, 860 (2d Cir. 1994) (explaining that "the habeas corpus statute confers jurisdiction to district courts to entertain habeas petitions for relief solely from persons who satisfy the status or condition of being 'in custody' at the time the petition is filed"). To preserve the Court's jurisdiction, Martinez-Guerrero shall not be removed from the United States absent further order of this Court. *See, e.g.*, *Khalil v. Joyce*, 25-cv-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing

[1] The Court also notes that the government does not challenge the Court's jurisdiction. *See* Doc. 309 at 28 n.10 (arguing that Martinez is "'in custody' within the meaning of 28 U.S.C. § 2255(a)" and urging the Court to "consider the Motion on its merits").

cases); *see also, e.g.*, *Du v. United States Department of Homeland Security*, No. 25-cv-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."); *Leuthavone v. Salisbury*, No. 97-CV-556 (JJM), 2025 WL 1135588, at *1 (D.R.I. Apr. 17, 2025) (granting a stay of removal "to preserve th[e] Court's jurisdiction under the Suspension Clause and to ensure that [the petitioner's] pursuit of habeas relief is not rendered moot by his premature deportation").

SO ORDERED.

Dated: August 27, 2026
New York, New York

EDGARDO RAMOS
United States District Judge