UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Deylin Martinez-Guerrero,<br><br>*Defendant.* | **24-CR-154 (ER)** |
| Deylin Martinez-Guerrero,<br><br>*Petitioner*<br><br>v.<br><br>United States of America,<br><br>*Respondent.* | **26-CV-3609 (ER)** |

**~~[PROPOSED]~~ Order re: Schedule and Length of Reply Memorandum**

WHEREAS Deylin Martinez-Guerrero (the "Petitioner") filed a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 on April 30, 2026 (the "§ 2255 Petition"); and

WHEREAS the Court entered an Order on August 12, 2026 (ECF Dkt. No. 305) setting an expedited schedule for briefing and decision on the § 2255 Petition; and

WHEREAS the Prior Counsel, David Touger, Esq., filed a Reply Affidavit dated August 19, 2026 (ECF Dkt. No. 308) and the Government filed a Memorandum of Law in Opposition to Defendant's Motion Pursuant to 28 U.S.C. § 2255 (ECF Dkt. No. 309) dated August 26, 2026; and

WHEREAS Petitioner has requested leave to file a reply memorandum and to exceed the 10-page limit for reply memorandum under the Court's Individual Practices; and

WHEREAS the Court finds good cause to grant both requests,

IT IS HEREBY ORDERED that Petitioner is granted leave to file a reply memorandum on or before September 4, 2026; and it is further

ORDERED that Petitioner's reply memorandum may be up to fifteen (15) pages in length, excluding the Cover Page, Table of Contents, and Table of Authorities.

Dated: New York, New York
August 31, 2026

HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE